LAW OFFICES
# Paul L. Kranz
2560 NINTH STREET, SUITE 213
BERKELEY, CALIFORNIA 94710
TELEPHONE (510) 549-5900
FACSIMILE (510) 549-5901

February 6, 2009

Magistrate Judge Edward M. Chen
US District Court, Northern District of California
Courtroom C, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: February 11, 2009, 1:30 p.m. Case Management Conference in
        *Cruz v. HFS*, et al., Case No. C08-5078

Dear Judge Chen:

    On behalf of the plaintiffs in this action, I respectfully request a sixty (60) day continuance of the Case Management Conference currently scheduled in this matter for February 11, 2009.

    Thank you for your consideration.

                                  Very truly yours,

                                  Paul L. Kranz

PLK:kc

IT IS SO ORDERED that the case management conference is reset from 2/11/09 at 1:30 p.m. to 4/8/09 at 1:30 p.m.  A joint case management statement is due 2/4/09.  Plaintiff is directed to serve a copy of this order upon all defendants.

_____
Edward M. Chen
U.S. Magistrate Judge
Dated: 2/9/09