1  Michele J. Beilke (SBN 194098)
   Jean F. Kuei (SBN 229752)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA 90071-1514
   Telephone: +1 213 457 8000
4  Facsimile: +1 213 457 8080
   E-mail:aBeilke@reedsmith.com
5
   Attorneys for Defendant
6  HFS NORTH AMERICA, LLC

7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    OAKLAND DIVISION
11

12 ARNULFO CRUZ, et al.,            Case No.: C08-05078 EMC

13      Plaintiffs,                 **JOINT STIPULATION AND
                                    [PROPOSED] ORDER TO
14 vs.                              CONTINUE CASE
                                    MANAGEMENT CONFERENCE**
15 HFS NORTH AMERICA, LLC, a
   Delaware corporation and DOES 1-50,
16 inclusive,
                                    Date:  April 29, 2009
17      Defendant.                  Time:  1:30 p.m.
                                    Place: Courtroom C, 15th
18
                                    Compl. Filed: November 6, 20008
19
                                    Magistrate Judge Edward M. Chen
20

21      Plaintiffs Arnulfo Cruz, *et al.* ("Plaintiffs") and Defendant HFS NORTH

22 AMERICA, LLC ("Defendant") hereby submit the following Joint Stipulation and

23 [Proposed] Order to continue the Case Management Conference currently scheduled

24 for April 29, 2009.

25      WHEREAS, Plaintiff and Defendant would have to file their Joint Case

26 Management Conference Statement by April 22, 2009 based upon the current Case

27 Management Conference date;

28

WHEREAS, Plaintiffs filed their First Amended Complaint on Friday, April 17, 2009 and mail-served Defendant on that day;

WHEREAS, Defendant has not yet had a chance to analyze this new operative pleading and would be prejudiced if it had to file a Joint Case Management Conference Statement by April 22, 2009;

WHEREAS, Plaintiffs do not oppose Defendant's request to continue the Case-Management Conference for two weeks or as soon as practicable thereafter, to give Defendant time to analyze their First Amended Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Case Management Conference in this matter be continued to May 13, 2009, or as soon as practicable thereafter.

DATED: April 22, 2009         LAW OFFICES OF PAUL L. KRANZ

                              By _____
                                 Paul L. Kranz

                              Attorneys for Plaintiffs ARNULFO CRUZ, et al.

DATED: April 22, 2009         REED SMITH LLP

                              By _____
                                 Jean F. Kuei

                              Attorneys for HFS NORTH AMERICA, LLC

**IT IS SO ORDERED.**

Dated: April 24, 2009                       _____
                                            The Honorable M. Chen
                                            Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION AND PR[OPOSED ORDER]