UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARNULFO CRUZ, | Case No: C 08-5078 SBA |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| HFS NORTH AMERICA, LLC, a Delaware corporation, and DOES 1-50, inclusive, | |
| Defendants. | |
| NAPLEON WALLACE, | **Related Case:** |
| Plaintiff, | Case No: C 09-2998 SBA |
| vs. | |
| HFS NORTH AMERICA, LLC, a Delaware corporation, and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the parties' stipulation,

IT IS HEREBY ORDERED THAT:

1.     The Case Management Conference (CMC) currently scheduled for October 8, 2009 in both of the above-captioned cases is CONTINUED to **November 19, 2009 at 3:30 p.m.**

2.     The parties shall **meet and confer** prior to the conference and shall prepare a joint CMC Statement which shall be filed no later than ten (10) days prior to the CMC that complies with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court.  Plaintiff shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

1

IT IS SO ORDERED.

2

3    Dated: September 18, 2009                    _____
                                                  SAUNDRA BROWN ARMSTRONG
4                                                 United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28