JOSEPH A. SCHWACHTER, Bar No. 108124
RICHARD H. RAHM, Bar No. 130728
ROSSANA S. ELTANAL, Bar No. 221145
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: jschwachter@littler.com
Email: rrahm@littler.com
Email: reltanal@littler.com

Attorneys for Defendant
HFS NORTH AMERICA LLC


LAW OFFICES OF PAUL L. KRANZ
PAUL L. KRANZ, Bar No. 114999
2560 Ninth Street, Suite 213
Berkeley, CA 94710
Telephone: 510.549.5900
Facsimile: 510.549.5901
Email: kranzlaw@sbcglobal.net

Attorneys for Plaintiffs
ARNULFO CRUZ, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARNULFO CRUZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HFS NORTH AMERICA, LLC, a Delaware corporation and DOES 1-50, inclusive, <br><br> Defendant. | Case No.: C08-05078 SBA <br><br> **JOINT STIPULATION FOR ADDITIONAL TIME TO COMPLETE ADR AND ORDER** <br><br> Compl. Filed: November 6, 2008 <br><br> Judge Saundra Brown Armstrong |

Plaintiffs Arnulfo Cruz, et al., and defendant HFS North America LLC (collectively, the "parties"), by their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Court's scheduling order provides that the parties shall complete Early Neutral Evaluation "ENE" by February 16, 2010;

WHEREAS, as a result of counsel's schedule there is certain discovery that has not been completed and which discovery the parties agree is necessary for the ENE to likely be successful;

WHEREAS, counsel have reviewed their calendars, have conferred with the appointed Evaluator Roderick P. Bushnell, Esq., and have agreed that if the Court will extend the time to complete the ENE the ENE will be conducted on April 1, 2010 at 10:00 a.m.; and

WHEREAS, the Court's docket as of February 2, 2010, reflects that the ENE hearing is set for April 1, 2010 at 10:00 a.m. at the offices of Litter Mendelson.

NOW THEREFORE, IT IS HEREBY RESPECTFULLY REQUESTED by the parties hereto that the Court extend the time to complete ENE for forty-five (45) days until April 2, 2010.

**IT IS SO STIPULATED.**

DATED: February 3, 2010         */s/ Paul L. Kranz*
                                Paul L. Kranz, Bar No. 114999
                                Law Offices of Paul L. Kranz

                                *Attorneys for Plaintiffs ARNULFO CRUZ, et al.*

DATED: February 3, 2010         */s/ Rossana S. Eltanal*
                                Joseph A. Schwachter, Bar No. 108124
                                Richard H. Rahm, Bar No. 130728
                                Rossana S. Eltanal, Bar No. 221145
                                LITTLER MENDELSON
                                A Professional Corporation

                                *Attorneys for Defendant HFS North America LLC*

### **ATTESTATION OF CONCURRENCE**

Pursuant to the Court's General Order 45, Section X(B), the filer of the document attests that concurrence in the filing of this document has been obtained from each of the signatories.

# ORDER

The deadline to conduct the Early Neutral Evaluation session is extended to April 2, 2010. The ENE will be conducted on April 1, 2010, at 10:00 a.m.

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.**

DATED: _2/9/10

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

Firmwide:93960340.1 063623.1002