1  JOSEPH A. SCHWACHTER, Bar No. 108124
   RICHARD H. RAHM, Bar No. 130728
2  ROSSANA S. ELTANAL, Bar No. 221145
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
5  Facsimile:    415.399.8490
   Email: jschwachter@littler.com
6  Email: rrahm@littler.com
   Email: reltanal@littler.com
7

8  Attorneys for Defendant
   HFS NORTH AMERICA LLC
9

10 LAW OFFICES OF PAUL L. KRANZ
   PAUL L. KRANZ, Bar No. 114999
11 2560 Ninth Street, Suite 213
   Berkeley, CA  94710
12 Telephone:    510.549.5900
   Facsimile:    510.549.5901
13 Email: kranzlaw@sbcglobal.net

14 Attorneys for Plaintiffs
   ARNULFO CRUZ, ET AL.
15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                          OAKLAND DIVISION

| | |
|---|---|
| 19  ARNULFO CRUZ, et al., | Case No.: C08-05078 SBA |
| 20 | |
| 21  Plaintiffs, | **JOINT STIPULATION FOR ADDITIONAL TIME TO COMPLETE ADR AND ORDER** |
| 22         vs. | |
| 23  HFS NORTH AMERICA, LLC, a Delaware corporation and DOES 1-50, inclusive, | Compl. Filed:   November 6, 2008 |
| 24 | Judge Saundra Brown Armstrong |
| 25  Defendant. | |

1  Plaintiffs Arnulfo Cruz, et al., and defendant HFS North America LLC (collectively, the
2  "parties"), by their respective counsel, hereby stipulate and agree as follows:
3  WHEREAS, the Court's scheduling order provides that the parties shall complete Early
4  Neutral Evaluation "ENE" by February 16, 2010;
5  WHEREAS, as a result of counsel's schedule there is certain discovery that has not been
6  completed and which discovery the parties agree is necessary for the ENE to likely be successful;
7  WHEREAS, counsel have reviewed their calendars, have conferred with the appointed
8  Evaluator Roderick P. Bushnell, Esq., and have agreed that if the Court will extend the time to
9  complete the ENE the ENE will be conducted on April 1, 2010 at 10:00 a.m.; and
10  WHEREAS, the Court's docket as of February 2, 2010, reflects that the ENE hearing is set
11  for April 1, 2010 at 10:00 a.m. at the offices of Litter Mendelson.
12
13  NOW THEREFORE, IT IS HEREBY RESPECTFULLY REQUESTED by the parties hereto
14  that the Court extend the time to complete ENE for forty-five (45) days until April 2, 2010.
15
16  **IT IS SO STIPULATED.**
17  DATED: February 3, 2010          */s/ Paul L. Kranz*
                                      Paul L. Kranz, Bar No. 114999
18                                    Law Offices of Paul L. Kranz
19                                    *Attorneys for Plaintiffs ARNULFO CRUZ, et al.*
20
21  DATED: February 3, 2010          */s/ Rossana S. Eltanal*
                                      Joseph A. Schwachter, Bar No. 108124
22                                    Richard H. Rahm, Bar No. 130728
                                      Rossana S. Eltanal, Bar No. 221145
23                                    LITTLER MENDELSON
                                      A Professional Corporation
24
                                      *Attorneys for Defendant HFS North America LLC*
25
26  **ATTESTATION OF CONCURRENCE**
27  Pursuant to the Court's General Order 45, Section X(B), the filer of the document attests that
28  concurrence in the filing of this document has been obtained from each of the signatories.

1

## ORDER

2     The deadline to conduct the Early Neutral Evaluation session is extended to April 2, 2010.

3   The ENE will be conducted on April 1, 2010, at 10:00 a.m.

4   **PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.**

5

6

7   DATED:  _2/9/10                      _____

8                                         HON. SAUNDRA BROWN ARMSTRONG
                                        United States District Court Judge

9

10   Firmwide:93960340.1 063623.1002

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28