1  JOSEPH A. SCHWACHTER, Bar No. 108124
   RICHARD H. RAHM, Bar No. 130728
2  ROSSANA S. ELTANAL, Bar No. 221145
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street
4  20th Floor
   San Francisco, CA  94108.2693
5  Telephone: 415.433.1940
   Facsimile:  415.399-8490
6  Email:  jschwachter@littler.com
   Email:  rrahm@littler.com
7  Email:  reltanal@littler.com

8  Attorneys for Defendant
   *HAVI Logistics North America LLC,*
9  *formerly known as HFS North America LLC*

10  LAW OFFICES OF PAUL L. KRANZ
    PAUL L. KRANZ, Bar No. 114999
11  2560 Ninth Street, Suite 213
    Berkeley, CA  94710
12  Telephone:    510.549.5900
    Facsimile:    510.549.5901
13
    Attorneys for Plaintiffs
14  ARNULFO CRUZ, ET AL.

15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17
                    OAKLAND DIVISION
18

| ARNULFO CRUZ, ET AL. | Case No.  C08-05078 SBA |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL OF PLAINTIFFS JOSE M. GONZALEZ AND PEDRO PEREZ WITH PREJUDICE AND ORDER** |
| v. | |
| HFS NORTH AMERICA LLC, | Compl. Filed:  November 6, 2008 |
| Defendant. | Amended Compl. Filed:  April 17, 2009 |
| | 2nd Amended Compl. Filed:  June 17, 2009 |

Case No.  C08-05078 SBA
**STIPULATION FOR DISMISSAL OF PLAINTIFFS JOSE M. GONZALEZ
AND PEDRO PEREZ WITH PREJUDICE AND [PROPOSED] ORDER**

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs Arnulfo Cruz, *et al.*, ("Plaintiffs") and defendant HAVI Logistics North America LLC, formerly known as HFS North America LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate to the dismissal of plaintiffs Jose M. Gonzalez and Pedro Perez with prejudice in the action pending against Defendant.

**IT IS SO STIPULATED:**

Dated: March _____, 2010

_____
PAUL L. KRANZ
LAW OFFICES OF PAUL L. KRANZ
Attorneys for Plaintiffs
ARNULFO CRUZ, ET AL.

Dated: March _____, 2010

_____
JOSEPH A. SCHWACHTER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
*HAVI Logistics North America LLC,*
formerly known as HFS North America LLC

**ATTESTATION OF CONCURRENCE**

Pursuant to the Court's General Order 45, Section X(B), the filer of the document attests that concurrence in the filing of this document has been obtained from each of the signatories.

**IT IS SO ORDERED.**

Dated: 4/1/10

*/s/ Saundra B. Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

Firmwide:93219481.1 063623.1002

**STIPULATION FOR DISMISSAL OF PLAINTIFFS JOSE M. GONZALEZ AND PEDRO PEREZ WITH PREJUDICE AND [PROPOSED] ORDER**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940