LAW OFFICES OF PAUL L. KRANZ
PAUL L. KRANZ, ESQ., SBN 114999
LOUIS GARCIA, ESQ., SBN 143073
2560 Ninth Street, Suite 213
Berkeley, California 94710

Telephone: (510) 549-5900
Facsimile: (510) 549-5901
Email: kranzlaw@sbcglobal.net

Attorney for Plaintiffs
ARNULFO CRUZ, *et al.*

JOSEPH A. SCHWACHTER, ESQ., SBN 108124
RICHARD H. RAHM, ESQ., SBN 130728
ROSSANA S. ELTANAL, ESQ., SBN 221145
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108

Telephone: (415) 433-1940
Facsimile: (415) 399-8490
Email: jschwachter@littler.com
Email: rrahm@littler.com
Email: reltanal@littler.com

Attorneys for Defendant
HFS NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARNULFO CRUZ, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>HFS NORTH AMERICA LLC, a Delaware corporation, and DOES 1-50, inclusive,<br><br>    Defendants.<br>_____/ | **CASE NO. C8-05078 SBA**<br><br>**JOINT STIPULATION FOR ADDITIONAL TIME TO COMPLETE ADR AND [PROPOSED] ORDER** |

Plaintiffs Arnulfo Cruz, et al., and Defendant HFS North America LLC (collectively. the "parties"), by their respective counsel, hereby stipulate and agree as follows:

-1-
JOINT STIPULATION FOR ADDITIONAL TIME TO COMPLETE ADR AND [PROPOSED] ORDER
*CASE NO. C8-05078* SBA

1     WHEREAS on February 9, 2010, the Court ordered the parties to complete Early Neutral Evaluation "ENE" by April 2, 2010;

    WHEREAS, as a result of counsel's schedule there is certain discovery that has not been completed and which discovery the parties agree is necessary for ENE to likely be successful;

    WHEREAS, counsel have reviewed their calendars and have conferred with the appointed evaluator Roderick P. Bushnell, Esq. concerning his availability on or before May 31, 2010;

    NOW THEREFORE, IT IS HEREBY RESPECTFULLY REQUESTED by the parties hereto that the Court extend the time to complete ENE for sixty (60) days to May 31, 2010.

**IT IS SO STIPULATED.**

Dated: March 31, 2010      By:    */s/ Joseph A. Schwachter*
                                      Joseph A. Schwachter, Bar No. 108124
                                      Richard H. Rahm, Bar No. 130728
                                      Rossana S. Eltanal, Bar No. 221145
                                      LITTLER MENDELSON
                                      A Professional Corporation

                                      Attorneys for Defendants HFS North America, LLC

Dated: March 31, 2010      By:    */s/ Paul L. Kranz*
                                      Paul L. Kranz, Bar No. 114999
                                      LAW OFFICES OF PAUL L. KRANZ

                                      Attorney for Plaintiff Arnulfo Cruz, et al.

**ATTESTATION OF CONCURRENCE**

    Pursuant to the Court's General Order 45, Section X(B), the filer of the document attests that concurrence in the filing of this document has been obtained from the signatories.

//
//
//
//
//

-2-

JOINT STIPULATION FOR ADDITIONAL TIME TO COMPLETE ADR AND [PROPOSED] ORDER
*CASE NO. C8-05078* SBA

# [Proposed] ORDER

The deadline to conduct Early Neutral Evaluation is extended to May 31, 2010.

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.**

//

DATED: 4/2/10  
_____  
*Saundra B Armstrong*  
HONORABLE SAUNDRA BROWN ARMSTRONG  
United States District Court Judge

---

-3-
JOINT STIPULATION FOR ADDITIONAL TIME TO COMPLETE ADR AND [PROPOSED] ORDER
*CASE NO. C8-05078 SBA*