UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARNULFO CRUZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>HFS NORTH AMERICA, LLC, a Delaware corporation, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No:  C 08-5078 SBA<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION**<br><br>Docket 60 |

Good cause appearing,

IT IS HEREBY ORDERED THAT Defendant's ex parte application to schedule the hearing on Defendant's motions to dismiss and for summary judgment (Docket 63, 66) after the September 14, 2010, law and motion cut-off date is GRANTED.  Plaintiff shall file his opposition or statement of non-opposition to the motions by no later than September 24, 2010, and Defendant shall file its reply briefs by no later than October 1, 2010.  The hearing on the motions shall take place on **October 19, 2010 at 1:00 p.m.**  The Court, in its discretion, may resolve the motions without oral argument.  The parties are advised to check the Court's website at http://www.cand.uscourts.gov/cand/calendar.nsf/Calendars to determine whether a court appearance is required.  This Order terminates Docket 60.

IT IS SO ORDERED.

Dated: September 2, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge